

**ESCONDIDO**
City of Choice

# CLAIM AGAINST THE CITY OF ESCONDIDO

**Please return the completed claim form to:**

**CITY CLERK**
**City of Escondido**
**201 North Broadway**
**Escondido, CA  92025-2798**

| |
|---|
| *FOR OFFICIAL USE ONLY* |
| **Received via:** |
| ☐ **Mail** |
| ☐ **In Person** |

| |
|---|
| **CLAIM NO.:** _____ |

---

*A claim relating to a cause of action for death or for injury to a person or to personal property or growing crops must be filed with the City Clerk of the City of Escondido within six (6) months after the incident occurred. A claim relating to any other cause of action shall be presented within one year after the incident occurred. (Government Code Section 911.2)  Where space is insufficient, please use additional paper and identify information by proper paragraph number.*

**PLEASE PRINT OR TYPE**

1. **Claimant Information:**

Name Maritza Benitez, individually and as successor in interest to Jose Ramon Cervantes Date of Birth 05/13/1975

Address 79 Tamarindo Way _____ Home Phone 619-636-7273

City/State Chula Vista, CA _____ Zip 91911 ___ Other Phone _____

Claimant's Social Security No. Will provide if requested in a non-public document. Driver's License No. B3960130

2. **Name and address to which notices are to be sent, if other than above. If represented by an attorney, provide attorney information:**

Gregory Peacock, Esq., 4063 Birch Street, Suite 100 City Newport Beach Zip 92660

3. **Date, location and time of the events which gave rise to this claim:**

(a) Date: 03/28/2024 and 04/12/2024 _____ (b) Time of day: Night _____

(c) Location: Escondido, California

4. **Please provide a full and complete description of the circumstances surrounding the events which gave rise to this claim.** Be sure to include the name or names of the City of Escondido employee or employees which may have been involved in this matter.

On March 28, 2024, various Escondido Police Department officers arrested and used

excessive force upon Claimant's husband, Jose Ramon Cervantes, resulting in his death on April 12,

2024. At this time, Claimant does not know the identities of the involved Escondido Police Department

officers.

*(rev. 03/2015)*

Please provide the amount of damages you are claiming. If the amount is less than $10,000, you must state the specific amount claimed. Please provide supporting documents to support the amount claimed (copies of documentations including bills, invoices, photographs, repair estimates or estimates of costs, and medical bills). Indicate if a third party insurance company has contributed to the payment of such expenses.

☐   The amount claimed totals less than $10,000. State the amount: $_____

Please state the basis for computation of the amount and the total amount of the claim:

_____

_____

_____

■  The amount claimed is more than $10,000.

   Please indicate the type of civil case:

   ☐  Limited Civil Case (not to exceed $25,000)      ■  Unlimited Civil Case (over $25,000)

6. **Names and addresses of any and all known witnesses, doctors, hospitals, etc.:**

|     | Name | Address | Phone |
|-----|------|---------|-------|
| (a) | | | |
| (b) | | | |
| (c) | | | |

7. **Describe any property damage:**

_____

_____

_____

Property Owner (if different): _____

8. **Describe any personal injury sustained:**

Wrongful death of Decedent Jose Ramon Cervantes.

9. **Please supply additional information that might be helpful in considering this claim:**

_____

_____

**WARNING:** It is a criminal offense to intentionally file a false or fraudulent claim (Penal Code Section 72).

I certify under penalty of perjury that I have read the matters and statements made in the above claim, and I believe they are true to the best of my knowledge.

| **Date:** | **Signature of Claimant or person filing on behalf of Claimant (give relationship to Claimant):** | **Print Name:** |
|-----------|---------------------------------------|-----------------|
| September 26, 2024 | | Gregory Peacock |

Only an *original* signature of the claimant is acceptable for submittal of this claim.



## CLAIM AGAINST THE COUNTY OF SAN DIEGO
(FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

| Received by | via | |
|---|---|---|
| U.S. Mail | ☐ | |
| Inter-Office Mail | ☐ | |
| Over the Counter | ☐ | |

Time Stamp

File No: _____

A claim must be filed with the Claims Division of the County of San Diego within 6 months after which the incident or event occurred. Be sure your claim is against the County of San Diego, not another public entity. Where space is insufficient, please use additional paper and identify information by paragraph and number. Completed claims must be mailed or delivered to:

*County of San Diego, Claims Division, 1600 Pacific Highway, Room 355, San Diego, CA 92101- Phone (619) 531-4899*

## TO THE HONORABLE BOARD OF SUPERVISORS – THE COUNTY OF SAN DIEGO, CALIFORNIA

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

### Claimant Information

| Last Name | First Name | Middle Name |
|---|---|---|
| Benitez | Maritza | |

| Street Address | City | Zip |
|---|---|---|
| 79 Tamarindo Way | Chula Vista | 91911 |

| Home Phone (include area code) | Work Phone (include area code) | E-mail Address |
|---|---|---|
| (619) 636-7273 | | maritzabenitez47@gmail.com |

| Birth Date | Driver's License Number |
|---|---|
| 05/13/1975 | B3960130 |

Name, telephone and post office address to which claimant desires notices to be sent, if other than above:

Gregory Peacock, Esq.; 949-292-7478; 4063 Birch St., #100, Newport Beach, CA 92660

### Claim Information

| Date of Occurrence or Event from which the claim arises: | Time of Occurrence or Event from which the claim arises: |
|---|---|
| 03/28/2024 & 04/12/2024 | Night |

Location, including address (if none, nearest cross street) and city:

Escondido, California

Specify the particular occurrence, event, act or omission you claim caused the injury or damage (use additional paper if necessary):

On March 28, 2024, various San Diego County Sheriff's Department deputies arrested and used excessive force upon Claimant's husband, Jose Ramon Cervantes, resulting in his death on April 12, 2024.

State how or wherein the County of San Diego or its employees were at fault. Give the name(s) of the County department and employee(s) causing the damage or injury:

At all times complained of, the involved sheriff's department deputies were working within the course and scope of their employment with the County of San Diego Sheriff's Department. Claimant does not know the identities of the deputies at this time.

CD1 (Rev. 6/11)                                   (Cont.)

| Give a description of the property damage or loss, as is known at the time of the claim: |
| --- |
| Loss of relationship with her husband, mental anguish, burial expenses, wrongful death damages, as well as the claims of decedent for excessive force, which caused the death of decedent. |

| Give a description of the injury, as is known at the time of the claim: |
| --- |
| Loss of relationship with her husband, mental anguish, burial expenses, wrongful death damages, as well as the claims of decedent for excessive force, which caused the death of decedent. |

| Social Security Number (required for Federal reporting requirements): |
| --- |
| Will provide |

| Name and address of any other person injured: |
| --- |
| Jose Ramon Cervantes |

| Name and address of the owner of any damaged property: |
| --- |
| |

## Damages Claimed

| | |
| --- | --- |
| Amount claimed as of this date: | $ 10000000+ |
| Estimated amount of future costs: | $ 10000000+ |
| Total amount claimed: | $ 20000000+ |

| Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc): |
| --- |
| Wrongful death and survivorship damages. |

## Damaged Vehicle (if applicable)

| Make: | Model: | Year: |
| --- | --- | --- |
| License Plate Number: | Mileage: | |
| Insurance Company: | Policy Number: | |

## Additional Information

| Names and Address of witnesses, hospitals, doctors, etc: |
| --- |
| A. |
| B. |
| C. |

| Any additional information that might be helpful in considering this claim: |
| --- |
| Claimant brings these claims individually and as successor in interest to Jose Ramon Cervantes. |

➤ **WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (PENAL CODE § 72; INSURANCE CODE § 556.1)**

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this 26th day of September , 20 24 at Newport Beach, California

Claimant's Signature



## CLAIM AGAINST THE COUNTY OF SAN DIEGO
### (FOR DAMAGES TO PERSONS OR PERSONAL PROPERTY)

| Received by | via |
|---|---|
| U.S. Mail | ☐ |
| Inter-Office Mail | ☐ |
| Over the Counter | ☐ |

Time Stamp

File No.: _____

A claim must be filed with the Claims Division of the County of San Diego within 6 months after which the incident or event occurred. Be sure your claim is against the County of San Diego, not another public entity. Where space is insufficient, please use additional paper and identify information by paragraph and number. Completed claims must be mailed or delivered to:

County of San Diego, Claims Division, 1600 Pacific Highway, Room 355, San Diego, CA 92101- Phone (619) 531-4899

## TO THE HONORABLE BOARD OF SUPERVISORS – THE COUNTY OF SAN DIEGO, CALIFORNIA

The undersigned respectfully submits the following claim and information relative to damage to persons and/or personal property:

### Claimant Information

| Last Name | First Name | Middle Name |
|---|---|---|
| Quintero | Jose | Alberto |

| Street Address | City | Zip |
|---|---|---|
| 79 Tamarindo Way | Chula Vista | 91911 |

| Home Phone (include area code) | Work Phone (include area code) | E-mail Address |
|---|---|---|
| (619) 636-7273 | | |

| Birth Date | Driver's License Number |
|---|---|
| 09/08/2003 | |

Name, telephone and post office address to which claimant desires notices to be sent, if other than above:

Gregory Peacock, Esq.; 949-292-7478; 4063 Birch St., #100, Newport Beach, CA 92660

### Claim Information

| Date of Occurrence or Event from which the claim arises: | Time of Occurrence or Event from which the claim arises: |
|---|---|
| 03/28/2024 & 04/12/2024 | Night |

Location, including address (if none, nearest cross street) and city:

Escondido, California

Specify the particular occurrence, event, act or omission you claim caused the injury or damage (use additional paper if necessary):

On March 28, 2024, various San Diego County Sheriff's Department deputies arrested and used excessive force upon Claimant's step-father Jose Ramon Cervantes, resulting in his death on April 12, 2024.

State how or wherein the County of San Diego or its employees were at fault. Give the name(s) of the County department and employee(s) causing the damage or injury:

At all times complained of, the involved sheriff's department deputies were working within the course and scope of their employment with the County of San Diego Sheriff's Department. Claimant does not know the identities of the deputies at this time.

CD1 (Rev. 6/11)                                    (Cont.)

Give a description of the property damage or loss, as is known at the time of the claim:

Loss of relationship with his step-father, mental anguish, burial expenses, wrongful death damages, loss of support, financial and otherwise.

Give a description of the injury, as is known at the time of the claim:

Loss of relationship with his step-father, mental anguish, burial expenses, wrongful death damages, loss of support, financial and otherwise.

Social Security Number (required for Federal reporting requirements):

Will provide

Name and address of any other person injured:

Name and address of the owner of any damaged property:

## Damages Claimed

| | |
|---|---|
| Amount claimed as of this date: | $ 10000000+ |
| Estimated amount of future costs: | $ 10000000+ |
| Total amount claimed: | $ 20000000+ |

Basis for computation of amounts claimed (include copies of all bills, invoices, estimates, etc):

Wrongful death and survivorship damages.

## Damaged Vehicle (if applicable)

| Make: | Model: | Year: |
|---|---|---|
| License Plate Number: | Mileage: | |
| Insurance Company: | Policy Number: | |

## Additional Information

Names and Address of witnesses, hospitals, doctors, etc:

A.

B.

C.

Any additional information that might be helpful in considering this claim:

Claimant brings these claims individually and as successor in interest to Jose Ramon Cervantes.

➤ **WARNING: IT IS A CRIMINAL OFFENSE TO FILE A FALSE CLAIM (PENAL CODE § 72; INSURANCE CODE § 556.1)**

I have read the matters and statements made in the above claim and I know the same to be true of my own knowledge, except as to those matters stated upon information or belief and as to such matters I believe the same to be true. I certify under penalty of perjury that the foregoing is TRUE and CORRECT.

Signed this __9h__ day of __October__, 20__24__ at __Newport Beach, California__

Claimant's Signature



**ESCONDIDO**
City of Choice

# CLAIM AGAINST THE CITY OF ESCONDIDO

Please return the completed claim form to:

**CITY CLERK**
**City of Escondido**
**201 North Broadway**
**Escondido, CA  92025-2798**

| FOR OFFICIAL USE ONLY |
| --- |
| **Received via:** |
| ☐ **Mail** |
| ☐ **In Person** |

| |
| --- |
| **CLAIM NO.:** _____ |

*A claim relating to a cause of action for death or for injury to a person or to personal property or growing crops must be filed with the City Clerk of the City of Escondido within six (6) months after the incident occurred.  A claim relating to any other cause of action shall be presented within one year after the incident occurred. (Government Code Section 911.2)   Where space is insufficient, please use additional paper and identify information by proper paragraph number.*

**PLEASE PRINT OR TYPE**

**1.  Claimant Information:**

Name _Jose Alberto Quintero, and as successor in interest to Jose Cervantes_ Date of Birth _09/08/2003_

Address _79 Tamarindo Way_ Home Phone _619-636-7273_

City/State _Chula Vista, CA_ Zip _91911_ Other Phone _____

Claimant's Social Security No. _Will provide if requested in a non-public document._ Driver's License No. _____

**2.  Name and address to which notices are to be sent, if other than above. If represented by an attorney, provide attorney information:**

_Gregory Peacock, Esq., 4063 Birch Street, Suite 100_ City _Newport Beach_ Zip _92660_

**3.  Date, location and time of the events which gave rise to this claim:**

(a) Date: _03/28/2024 and 04/12/2024_ (b) Time of day: _Night_

(c) Location: _Escondido, California_

**4.  Please provide a full and complete description of the circumstances surrounding the events which gave rise to this claim.** Be sure to include the name or names of the City of Escondido employee or employees which may have been involved in this matter.

On March 28, 2024, various Escondido Police Department officers arrested and used

excessive force upon Claimant's step-father Jose Ramon Cervantes, resulting in his death on April 12,

2024. At this time, Claimant does not know the identities of the involved Escondido Police Department

officers.

*(rev. 03/2015)*

*please* **provide the amount of damages you are claiming.** If the amount is less than $10,000, you must state the specific amount claimed. Please provide supporting documents to support the amount claimed (copies of documentations including bills, invoices, photographs, repair estimates or estimates of costs, and medical bills). Indicate if a third party insurance company has contributed to the payment of such expenses.

☐ The amount claimed totals less than $10,000. State the amount: $_____

Please state the basis for computation of the amount and the total amount of the claim:

_____

_____

_____

☒ The amount claimed is more than $10,000.

Please indicate the type of civil case:

☐ Limited Civil Case (not to exceed $25,000)    ☒ Unlimited Civil Case (over $25,000)

**6.  Names and addresses of any and all known witnesses, doctors, hospitals, etc.:**

| | Name | Address | Phone |
|---|---|---|---|
| (a) | | | |
| (b) | | | |
| (c) | | | |

**7.  Describe any property damage:**

_____

_____

_____

Property Owner (if different): _____

**8.  Describe any personal injury sustained:**

Wrongful death of Decedent Jose Ramon Cervantes.

_____

**9.  Please supply additional information that might be helpful in considering this claim:**

_____

_____

**WARNING:**  *It is a criminal offense to intentionally file a false or fraudulent claim (Penal Code Section 72).*

*I certify under penalty of perjury that I have read the matters and statements made in the above claim, and I believe they are true to the best of my knowledge.*

| Date: | Signature of Claimant or person filing on behalf of Claimant (give relationship to Claimant): | Print Name: |
|---|---|---|
| October 9, 2024 | | Gregory Peacock |

*Only an **original signature** of the claimant is acceptable for submittal of this claim.*

(rev. 03/2015)